## Thompson's Estate.

*Practice, Supreme Court—Appeal—Absence of assignments of error.*

An appeal will be quashed where there are no assignments of error.

Argued March 22, 1916. Appeal, No. 36, Jan. T., 1916, by Joseph T. Thompson, from decree of O. C. Philadelphia Co., in Estate of Charles Thompson, Deceased. Before BROWN, C. J., MESTREZAT, POTTER, MOSCHZISKER and FRAZER, JJ. Appeal quashed.

*Joseph T. Thompson,* propria persona for appellant.

*Joseph E. Sagebeer,* for appellee.

PER CURIAM, April 17, 1916:

As there are no assignments of error in this case the appeal is quashed.